■ CHASE MANHATTAN BANK, N. A., Respondent, v GEMMA

KIM OHM, Appellant. (And a Third-Party Action.) [625 NYS2d 889] —Order and judgment of the Supreme Court, New York County (Walter Schackman, J.), entered on January 11, 1994 and January 24, 1994, respectively, unanimously affirmed for the reasons stated by Schackman, J., with one bill of $250 costs of these appeals plus disbursements payable to plaintiff by the defendant. No opinion. Concur—Murphy, P. J., Wallach, Asch, Nardelli and Mazzarelli, JJ.